I thought to myself many times this statement; "Someone who claims to care about me, who should care about me and calls me daughter, surely wouldn't also be trying to harm me." And here I am your Honor standing before everyone because that is indeed who the woman that gave birth to me in fact did. You have taken everything from me and for what purpose, to serve your sick, twisted, narcissistic, perverted mind?

Hello, your Honor, my name is ███████████, and I am the daughter and victim of Carrie Little. I am here not only as a grieving daughter and victim; to share the negative impact this woman has had on my life but an advocate of justice for myself and hopefully the other woman involved.

This last year these memories I am about to mention and the impact they have had on me triggered a great amount of self-doubt, depression, isolation, guilt, and severe mental anguish. These things may alleviate after many necessary steps but will be with me for the rest of my life and all of this comes from the hands of my mother, Carrie Little.

There was a very toxic combination of verbal abuse, physical abuse, sexual exploitation, neglect, blaming and much more that all resulted in mental strain and the feeling of shame, which a child should never have to feel.

The impact started when I witnessed my younger brother being physically abused at an early age by you, for which for some reason I was always spared. You would try to instigate fights as a young child/teen by verbally tearing me down and pushing me physically to see if I would retaliate, and you used these tactics knowing I would not but claimed it would only make me stronger.

My whole life holidays have been ruined due to your severe amount of drinking. Holidays are supposed to be times when families would get together and enjoy themselves, but ours always went in a completely different direction. You would start arguments and fights with anyone. For instance, I remember being chased with a knife around the house until I found a door for safety. Not a normal experience for anyone. I wish I knew now what I did not know then. It is overwhelming knowing at an early age you were grooming me, preparing, and getting me ready to sell me in exchange for money from many men. If I only knew! At 15 years old I knew about the "business" but did not know that it would involve me.

I became a victim to my own mother.

I remember a statement that you said to us as kids that stayed with me forever and always made me question why and what was next. You said, "be grateful for what you are eating, I had to suck dick for that." Can you imagine the impact that had on a kid and me as an adult now, the emotions and trauma it brought. She then began to isolate me from everyone so she could begin to control me. I have never been to or experienced a homecoming, prom, school events, sports, plays or any school functions. That was stripped away from me. I did not get to live out a normal teen life at all. I never spent time together with friends more less

be away from you more than 5 minutes. Due to the environment, I could not study for school or even begin to learn because of the constant traffic in and out of the house and woman after woman turning tricks whom you had full control over was always there. I recall you being very violent with these women several times. My grades started to reflect my environment and dropped. You agreed school was not for me then, and I dropped out. And then things shifted. As I mentioned before I knew what was happening but again, I never knew that I would become a part of it.

I feel like I owe myself the biggest apology for putting up with what I did not deserve but looking back I only did what I could.

As a younger teenager you started having me make phone calls and setting dates for the many women you also sold. I even post Ads, all under the hands of my mother, You. Not a normal teenage life and one that will forever make an impact on me. Then you made me go on dates with you, slowly preparing me for the worst.

To spare the horrendous details for everyone, you began to sell me as a teenager and even as an adult. Ads were posted, clothes were picked out and pictures were taken. I was sold to many men to perform sexual acts to make money for you. You controlled my every move, money, and everything else. You allowed my innocence and the chance of a normal childhood to be completely taken away for your selfish intentions. You even had a "crackhead" come into our kitchen and give me a tattoo that once said, "Mommy's girl," it now has been covered up with something so much more beautiful with a lot more meaning.

You thought this was, ok? And many ask why I did not leave? Why didn't I get away? It was because you controlled me. You hid my car keys on many occasions. You blew my phone up with text messages and calls if I was gone more than 5 minutes. You took all my money. Your control if I left would have left me with nothing and most importantly left my 5-year-old sister in a toxic environment. I had to protect her at all costs. If I attempted to get out, your manipulative tactics would have stripped me of my family and everything else and I was still only a teenager, so I stayed.

Under your parenting I experienced medical neglect and exposures to STD's. I told myself if I got any I would kill myself. I also had lots of insecurities like feeling dirty and unwanted because of things you made me do. Also, the fear of walking into a dangerous situation at any given time terrified me and then of course sexual exploitation. Thank you, mom, for that.

Now as an adult, the impact is even greater. The memories that haunt me. My credit is now ruined. My whole family has now been taken away from me because of your lies, including my younger sister, who is still under your control. You have ruined my trust in relationships (which I am working on). I am always fearing someone wants something in return. "I vividly remember towards the end before I was rescued, you took me in a car and told me that I was not bringing in enough money and not making enough sales. You said I needed to

change something with my face and buy a wig." You, my very own mother, said this to me. I was my mom's victim and now I was not good enough. So, insecurities impacted me all the way until now.

I once heard someone say, "healing can be so hard when your inner child wants love, your teenage self wants revenge, and your current self only wants peace." So yes, the impact of your actions has destroyed me, has thrown me through so many emotions full of lots of hurt. But all I want is justice for me and the other woman involved and peace. You have stripped me of a relationship with my dad, but now I have an amazing one with him. I have an advocate and a detective that have stuck by me and supported me through it all. They have shown me the love that I so much longed for as a child, teen and now adult. They helped me through the tough times without any stipulations. They loved me through the tears without belittling my emotions. They held me accountable and taught me a lot without having to have control. They became all I have and exemplified what a family looks like. And that is my peace. The negative impact you have had on my life has hurt me, do not get me wrong but I gained so much more. I have my own house, the same pets, a full-time job and all these people I mentioned above. I am doing life well. I am no longer under the chains that held me down for so long. I am no longer someone to be sold. I am ███████ ███████, and I am slowly but surely finding my Peace.