This victims impact statement was written ████████████ .

I stand before you today not just as a survivor, but as a voice for countless others who have endured the horrors of sex trafficking. For a year, I was trapped in a nightmare that stripped away my dignity, my identity, and my will to fight. I was sold like a commodity, forced into a life of exploitation that felt endless. Each day blurred into the next, filled with fear, manipulation, and violence, as I was coerced into satisfying the demands of others, all while my own needs and desires were silenced. I was made to believe that I had no worth beyond the transactions made with my body, and I was often left feeling like a ghost, invisible and unheard. The psychological scars run deep; I still struggle to reclaim the pieces of myself that were taken from me. Trust, love, and even the simple pleasure of being free have become complicated and fraught with anxiety. Yet, against all odds, I found the strength to escape. My freedom is a bittersweet victory, as I now grapple with the memories that haunt me and the reality of rebuilding my life. I stand here not just to share my pain, but to shed light on the reality of sex trafficking, to advocate for those still trapped in the shadows, and to demand justice for all victims. We must acknowledge the systemic failures that allow this atrocity to continue and work towards a future where no one else has to endure the suffering I experienced. I am determined to reclaim my narrative and to help others find their voices, because together we can break the chains of silence and stigma surrounding this crisis.