Victim Impact Statement of ▮▮▮▮▮▮▮▮▮▮

US v. Carrie Little

10/23/24

Honestly, I don't know how to feel or put into words the impact Carrie Little has had on my life. When I was 21, I returned to live in St. Louis and was completely on my own. Carrie took advantage of my situation knowing that I had nowhere else to go.

I was sex trafficked by her. I had to have sex with strange men, for money, on a daily basis, multiple times a day. She purposefully used scare tactics to terrify me, like making it seem like she had influence with certain people and could and would physically harm me if I tried to leave. When I finally escaped, I tried to shut that part of me away and never look back.

Well, it's been several years, and I still struggle every day. Carrie Little fucked me up mentally, way more than physically. I don't trust people. I can't have a relationship with a man. I try to be a grown up and hold a job and be a parent but dealing with the trauma I lived through on my own turned me into a raging alcoholic. The ONLY time I do not drink is when I have my child.

At first I was unwilling to testify in this case and wanted no part of it. Having to prepare for trial brought everything back to me, and life has been hard. After talking to another girl who was trafficked at the same time as me, I changed my mind because I don't want to let someone who would do this go without punishment.

I personally feel that Carrie Little should get the most amount of prison time possible. She is absolutely a danger not only to the community, but to other young girls who also find themselves with nowhere to go.