Your Honor,

My name is Judy Patton I am Carrie Little's mother. I am writing you on behave of my daughter. I'm sure you have heard bad things and so have I but i would like to tell you the good side of Carrie.

 I will start off with i have 2 daughters and we had a very poor life, i thought i was doing my best but things could have been alot better for them and I. I raised my 2 girls on my own without any help from their father. No child support or anything to help. So we had rough times. I worked but then i also starting drinking. But i allways kept a home for them and food on the table. But my girls did not have everything they needed in life as children. Even though I drank, carrie was allways kind hearted and would help anyone who needed it if she had something to help them with.

Finally with The Good Lords help and a Pastor friend of mine i stopped drinking. I have told her and her sister that i was sorry for the years i drank and maybe their childhood would have been better. But Carrie and Cassie both became very good young ladies and forgave me. There isnt nothing that could come between carrie and her kids. She has allways been a good mother to them and went way out of her way to make life special for them. Her kids have allways been number one before anyone. But she has allways been good to everyone in the family, her freinds and total strangers. She is allways trying to put a smile on someones face, by having big dinners at hollidays and anytime people wanted to get together. This whole family is broken right now because what is going on.

Your Honor, Carrie and Makayla has allways had a bond that I thought could never be broken. I wished i could have had that with her in her earlier years. But we do have that now... Both my daughters and i repaired our bond from my drinking. If you only would have met het her outside of a courtroom you would know how caring she is for eveyone. She has been locked up going on 2 years now and alot of that time in a single cell with the window painted black, and not getting to see outside.

I am asking you to please give her home confinement or something to let her out. She has served some long mental time in that one medical cell. And your Honor my health is not good and I sure could use my daughter carrie's help out here. I know she loves me with all her heart as i do her. I know my health is not a part of this but someday i will be losing my memory with dementia, i was diagnosed a few years back and now i am startng to get worse. So I ask you Your Honor to please take this all into consideration and send her home.

Thank you,
Judy Patton

To: Mr. Judge Ross

My name is Donna Harris . I am Carrie Littles Aunt, her mother's sister. I am praying that the courts have mercy on Carrie for she has lived through a lot of trauma in her lifetime. We are all groomed in one way or another throughout life, and I have watched Carrie as a young child go through a lot of trauma, dysfunctional family trauma. Even though her mother and father were married for quite a few years, they were not living together very many. They were both convicted a felony crimes before Carrie was born, and separated shortly after that. I do believe from my own experience that it's easier to make the right choice in life if you have good parents or good parenting. Carrie had neither. She is always longed for love and acceptance, and has never received it. She was raised and watched her mother being an alcoholic on a daily basis and was taught manipulation, unlawful acts and no normalcy. I don't think that that is an excuse to make bad choices, but as I also was raised close to the same and homeless at a young age, I understand that you make choices sometimes that are not the best ones. It's a long road when you have to be self taught about life and not by parents. If she is guilty, I do not agree with that type of behavior and I think it's disgusting , I love her daughter as much as I love her. I think she has been in survival mode most of her life and when she does trust somebody they have easily screwed her over.

But with all due respect, she has one of the kindest hearts you'll ever see or feel. Her home has always been family oriented, no drugs, no alcohol maybe a colada on a birthday nothing more than that. No guns, no weapons. I think this case has gotten thrown completely out of Proportion and I think with her lack of education, it put her in a state of mind where she really didn't know what to do. I attended both court sessions and I seen some things change within a matter of few hours, It would be overwhelming for anybody to make the decisions that she made in such a short period of time.

My heart goes out to her and her children. My prayers are with them all.
I'm praying that Court show mercy on her and that God will be with her through this journey that is going to be very difficult. I've watched Carrie help people detox off of drugs, alcohol and bad behavior.

As I know what I have been told, I do believe some of it, but I don't believe all of it. I love Makayla, but she has a father that lives in St. Louis. I watched her come and go from her home as she wanted to at any time she could've left. I understand that abuse is not only physical but also mental. Maybe she didn't feel like she could mentally leave. I don't know. I have to ask the courts where is her father? If this was going on, he lived right there visited all the time I seen him there , why did he not pull his daughter out of that house before she was an age? It does not make sense to me how An underage child can be sold for sex and her father not do anything at all about it. Lord, be with them all. And as I said before, I hope that you show Carrie Mercy As I do believe that they probably were doing some things against the law, but I'm not so sure if they did this one.

Thank you for your time,
Donna Harris

My name is William little, son of Carrie Little.  Carrie should have an opportunity to get her life together.  I believe what the both did was entirely wrong.  And I do not condone any acts on which they have done.  But I do know that I have given Makayla multiple changes to get out of that lifestyle.  I was current active duty up in Fort Carson, where I found out somewhat of they was doing.  I offered Makayla a place to stay and I would help her finish school and go to college.  This was in 2020, she denied it after multiple attempts of me asking.  She did like the money and lifestyle that it brought forth.  I certainly believe they was both in the wrong for this doing.  But Makayla chose not to get out of it, she like what she did and the money and upbringings that came with it.  I know that she started it when she was 18/19 years old.  I now currently have family contact me and former associates that she knows she is still doing the same business.  I will reiterate that I offered schooling, college, housing, and a car to better her life.  And she chose the latter, Makayla loved what she did and the money that came with it.  I know for certain that Carrie does not deserve to be slandered and slammed with all of this.  They are both adults that chose to this kind of business, I believe Carrie has done her time.  It is a foul and disgusting act that they chose to do, and Makayla loved to do it and chose that option and continues to do it.  I have served faithfully in the U.S.A Army as a combat engineer for 7 years.  Carrie does not deserve to take the fall of grown women that made their choices.  Carried has been in long enough to know that she does not belong in that crowd anymore.  Makayla deserves time and I truly believe this as her eldest brother, such vulgar acts and choosing to continue it and blame your mother is absurdity.  Carrie has served her time, and Makayla needs to follow that time to learn.

Hello, I'm Tanisha Payne.

Carrie Little is going to be the grandmother of my soon to be born, child. She is also one of my very few best friends. You would probably be curious as to how we met, which was not in the most typical place, Lincoln County Jail. Which therefore would probably make you curious as to why I was there or why anything I say is relevant. To put it briefly, I was 21 years old when I met a guy who I shouldn't have trusted and did whom I let drive my car and he sold drugs and that person, my best friend of 7 years, sadly overdosed and passed away. Although I didn't know about this nor was I even in the car when this happened I was still in trouble and unfortunately left to be addicted to drugs. Therefor, January of 2023 I was put into Lincoln County Jail. I've never been in trouble before not even a speeding ticket so at first I was extremely scared. After a couple months,  Carrie was transferred to Lincoln County. She was talking to my inmate neighbor when I decided to introduce myself. She seemed laid back and after talking for a few we seemed to get along well. I remember not shortly after when she was able to get commissary she made something to eat and offered me some and it was really good in comparison to a jail tray of food. Again, this is the first time I've ever been to jail or in trouble in any way, I didn't know of anything to do with my time and etc. Luckily, Carrie is a good teacher because she taught me how to play dominos and all types of card games. She made me start to realize you can make the best out of an unfortunate situation rather than to dread on it. As we became friends we would hangout everyday and became cell mates. You know they say you really get to know someone once you move in together. She always made sure I had something to eat and whatever it was she made it taste good. She would also read a lot. Not only a lot but fast. Seeing her read and how it helped keep her mind towards the positive  got me into reading as well and I'm super thankful I was able to stimulate my brain and gain interest in something and started to come out of my extreme depression. I was happy to find out she was a very clean person. The last roommate I had didn't clean up after herself or hardly ever even showered. However Carrie was clean everyday and didn't leave dishes in the sink or anything like that. As someone who was and still is in recovery from drugs, It was also nice to find out that Carrie is heavily against drugs.  Although we were all in a jail, of course, people find ways to bring in or get things they shouldn't such as various types of drugs. Talking to Carrie and having her to support me helped me realize I don't need drugs and that they aren't worth it no matter what. I can never put in to words how thankful I am that she's helped me carry on my sobriety, especially during the most toughest time of my life so far. Carrie would also make sure she talked with her family every single day. She is all about family and loves her family so much and I could also tell that her family also loves her so very much. I got to meet her daughter on video chat, Madi, who at the time was 3, and was and is just the sweetest most adorable little girl. You could tell who very much loved and missed her mommy. Her son, William, was staying with the family to help take care of Madi so I was able to meet him over video chat as well. After many conversations came to realize we were attracted to each other and when I was released in January of 2024 we met in person and fell in love. Now we live together and are about to have our first child together and I could've never imagined my life turning out for the better and I truly believe that I wouldn't be the best version of me I am today without having Carrie by my side to support me. I don't want to take up to much time with my letter, however, I really want to get the point across that Carrie Little is one of the best people I've ever met. I'm letting you know from my deepest truest perspective that from the moment I've met Carrie she's done nothing but help me. All I ask is that you please take the time and consideration into deciding Carrie Little's life.

Dear Honorable Judge,

My name is Ashley Ingram and Carrie Little is my aunt. Carrie has always been apart of my life growing up, and she has always been there for me. I am 26 years old and I could not tell you a time when my aunt Carrie hasn't been in my life. She has always cared about me and my siblings like we were her own children and does anything we ever need. She has made some mistakes in her life but I have never thought anything less of my aunt. The way she is with her children, no matter the mistake, is how I want to be with my children. She always put her family before anything. When my aunt gets out of jail, I already have a job lined up at my business for her because I trust my aunt with my life. I cannot wait until she can come home and be with us again. She calls and talks to us every single day and just wants to tell us how much she loves us. I have always been close with my aunt and her children. Me and Makayla did not get along that much after she tried to sneak out of her house to go sleep with my boyfriend and Carrie caught her and did not allow it to happen. When we went on a cruise with my aunt and Makayla, she kept sneaking off into rooms with random guys and Carrie had to keep her attached at her hip because she kept running off. I remember a time when Makayla had asked my aunt to do ametaur stripper night at the strip club and my aunt said absolutely not. My aunt never wanted Makayla to get into this type of business and never forced her to do any of the things that she has been doing. She is still doing this stuff after my aunt got arrested, and the posts she makes on her social media have nothing to do with my aunt. Carrie has made choices that have gotten her to where she is, but she would never force anyone to do it, especially her child. She loves her children and would do anything for them. Madi asks for her mom everyday and she has a grandchild on the way as well. She always shows up for us no matter the time or the day.She was always the best to her kids and gave them everything she could.  So please judge, show some leniency for my Aunt Carrie. Please let her be back here with us and start over and do things right. I know she wants to be here for Madi.

Ashley Ingram

To the honorable judge,

Hello, my name is Kiley Ingram. I am Carrie Little's niece and I have known her ever since I was born. I have always looked up to my aunt Carrie. Growing up Carrie was always the fun aunt. She was the place we always wanted to go to have fun. She would stay up with us and play the Nintendo, or just dance. We would play board games and do puzzles. I spent most of my weekends and summers staying at her house whenever she lived close to us. Even when she moved away, she always made sure to talk to us every day. Even if it was just for 5 minutes a day, she never went a day without talking to us. We came and saw her in St. Louis as much as possible. She came down here for holidays and birthdays or we would go see her up there. Carrie was the first one to be there for me when I found out I was pregnant at 15. We were going through it together, because she was pregnant at the same time. She never yelled or was mad at me, she was always supportive of me. She helped me through everything and was always there when I had questions or was just upset. Her daughter was born almost 2 months before mine, and they have grown up together. I brought my daughter to Carries house many times to hang out and play and left her with her. I trust Carrie with my life and my daughter's life. She is the best aunt and mother. She would never let anything happen to them. Carrie was selfless, she always put everyone's needs and wants before hers.  I believe Carrie will do anything she can to better herself and be the best mom she can be. I know her daughter misses her very much and she loves her mom. My hope is that this letter can benefit my aunt carrie and help you believe that she is not a monster or an evil person, she is a great human that loves everyone she meets.

Thank you!

To the honorable judge,

My name is Cassandra Ingram, and I'm Carrie Little's sister. Please take in consideration all of the letters you are going to receive on Carrie's behalf. Everyone knows she a great person and will do anything for anyone. Yes, she's made bad decisions as no one is perfect, but she owns up to them and tries to never make them again.

She is a great mother, kinda hard to believe the relationship she and Makayla had. They did everything together, they were best friends. I hate to end like this.

She still has a young daughter at home, she's only 4. Please don't let her miss her entire childhood with her. She needs to be with her daughter.

Carrie has been thru a lot, and a lot of responsibilities. When we were kids she always took care of me and made sure we had what we needed to get by. I'm very thankful that I had her by my side. She is such a caring person and doesn't want to see anyone go without anything.

So please, be lenient on her sentencing and let her come home to her family where she will have all the support she needs.

Thank you,
Cassandra Ingram

To whom it may concern

I have known Carrie for about nine years. In those nine years, I have observed firsthand the kindness and compassion. She shows all her family.  Whether it's helping them financially or helping them in any way possible she is always been there for everyone.  I have driven family relation of hers up to St. Louis unannounced and always have been welcomed by both Carrie and Michaela. I've seen many and occasion where Michaela left by herself.  I am 75 years old. I've been around the block more than once. I've never once seen anything against my principles and I have high standards. I pray that the courts treat her kindly as she's a good person.

Mike Foster

To whom it may concern,

  My name is Shawn Crum age 55. I'm writing this as a character witness. I've known Carrie for over 20 year. Of that time she's always provided for her family. Her children have not wanted for anything, their needs have always been met & then some. Over the years I've been to many of her family events (birthdays, Christmas, Thanksgiving, Easter, 4th of July) & all have been full of family members & friends (adults & children of all ages) & have never seen anything but happy  children with tons of presents & unbelievable amounts of homemade food.

  Carrie is one of the strongest & most reliable women I know & hope that this letter will help to get her home sooner. There are money people that love, miss, & need her back home. Have a blessed day.

                    Sincerely,
                    Shawn Crum

Dear Judge,

My name is Memphis Stout, I am the boyfriend of Carrie's niece Kiley. I have known Carrie for 5 years. Carrie welcomed me into the family from the very beginning of mine and Kiley's relationship. She was there and supported us whenever we found out we were pregnant at 15. She was very supportive and offered as much help as she could to us. I have and always will trust her with my own daughter and myself. She bought me Jelly Roll concert tickets and took me to see him in the summer of 2022. She let me stay at her house and we all hang out there. I never would be around if I did not think it was safe for me or my daughter. Carrie has been the best aunt to me, and we are not blood family, but she has never acted like that. She has been the best mother to Madi. My daughter and Madi have grown up together. We have spent so much time together at her house. I love my aunt Carrie like she is my own blood aunt. Please let her come home so we can all go back to how it used to be. She is not the person they say she is. I trust her with my whole life and my daughters.

Thank you
Memphis Stout

To : Judge Ross
From: Betty Martin
Re: Carrie Little

I am Carrie Littles grandmother Betty Martin. I have always been close to Carrie and Makayla.
The both of them have traveled from St. Louis down here to Licking, Missouri to see me. I have
always thought they were close. I pray for both of them we talked on the phone a lot. I am
shocked about all of this. I pray for the best for both.

Thank you,
Betty Martin

I am writing this letter on behalf of Carrie Little. We have been friends since the 90's. She is an amazing person. I know her like the back of my hand. She has always been a great mother to her kids. I have been to all the family functions, birthdays, holidays, you name it I was there. Carrie spoiled Makayla. Makayla had her big birthday parties, concerts, vacations...Carrie made sure Makayla never did without. My whole time of being around Carrie and Makayla I never seen anything wrong. Makayla had her own car and money to do whatever she wanted. I'm asking you your Honor to find out who Carrie is as a person before you sentence her. She is not the monster the prosecutor is making her out to be. Me and Carrie have done a lot of calls together making money and never once has she ever made anyone work, she did them herself. No one was forced to do anything! Please don't take my best friend from me and her family, I beg of you! If you need to contact me please feel free to.

Thank you for reading this letter.

Kimberly Vermillon

To the honorable Judge!

Hi my name Is Brenda Goodman .  I have know Carrie for just a short while, but I can say she has always been good to me.  She is a caring person always willing to help when needed and she goes above and beyond to help her family and friends. Carrie is a family oriented person. The first time I meet Carrie she was making sure I didn't use drugs and had a wrap sheet because she is a protector also . I can only speculate on what I had witnessed while I was there and that was she was an amazing Mother to her 3 children. I had one time made the comment I wish my daughters and I had the relationship that they did.  I was actually jealous. I have been to a few birthday parties and holidays with this family and I would have never know that there was anything going on.  For example.  Carries Birthday party Dec 2022.  We went for a dinner that her daughter had planned for her.  Cakes were bought, gifts were bought and alot of love in this room with her children her family and her friends.  Carrie has always made me feel.welcome and part of the family.  I ask you Honorable Judge to please have some leniency on Carrie. I know she is a good person and can be a great asset to her family. .


Thank you for your time
Brenda Goodman

Your honor,

Hello, my names Kimberly Mayfield. I am a family friend of Carrie Little's and I have known Carrie Little for approximately 12 years. Carrie has known me since I was a small child. The two of us were reintroduced by a family member who is the reason I felt moved to speak on her behalf. My family member was struggling with addiction and had confided in Carrie, who insisted he was the only one who could change his current situation, and suggested he relocate to change up the 3 main components of recovery (people, places, and things). After my family member decided Carrie had good points, he asked her to relocate close to her so she could assist in his recovery. Carrie immediately welcomed him,  never criticized or passed judgement making it easier for him to be honest and she provided a safe and family oriented environment in which he flourished. During the year span of him living with Carrie, he obtained his GED, and full time employment. He was able to find solutions to some financial and legal challenges and Carrie assisted him with learning how to manage his diabetes, discover new hobbies that encouraged recovery, and encouraged him to keep making positive choices. Her assertive attitude and determination to help a friend were apparent. Carrie displayed genuine care and concern for his health, and his future and despite her already busy life, she never complained. Carrie called frequently to report he was making positive changes and celebrate his accomplishments! From the moment I met Carrie I felt like family. Carrie always spoke as if I were one of her own, always checking on my children and offering any advice or guidance she could! Family is the one thing Carrie cares about most, going above and beyond for those surrounding her. Carrie's genuine friendship saved my family member from years of active addiction and gave him a chance at a new life. I believe Carrie has the ability to overcome any situation because of her willingness to put in the work and always finding the positive in every situation. She is an amazing advocate and I believe that given the opportunity Carrie will touch many more lives.


Sincerely,

Kimberly Mayfield

Your Honor,

       I have known Carrie Little for about 15 years.  She has always been caring and loving towards everyone.  She would help anyone out from making sure they had a place to stay, making sure they had food to eat, to helping a loved one get the help he needed with alcohol. I know that her family means everything to her, especially her mother and her children. I remember back in October 2015 she came to me with tears in her eyes because her daughter Makayla had been caught sneaking out to go have sex with her cousins boyfriend and Carrie wanted my help/ advice as far how to get her under control,  when I asked her daughter why she was putting her momma through this stress, she just smiled and said "I do what I wanna do" I thought oh good lord help her. My heart broke for Carrie that day because the look on her face was clear, her heart was breaking.  Carrie has a heart of gold and people take advantage of her to benefit themselves.  I have seen it with my own eyes the good she does , I've also had to sit back and watch what has happened to this family since she's been gone and it's not good. Your Honor I beg of you to please have some mercy on Carrie Little.
Thank you so much for taking time to read my letter.

Sincerely,
Lisa Sisler

Your Honor,

      Good afternoon. I am writing you regarding my second cousin Carrie Little. It has been years since I have seen her. I have heard she has some serious charges. Carrie hasn't had an easy life and have made some bad choices. I am not making excuses for her choices. Carrie has giant heart and would help anyone that needs help. Never asks for anything in return. I pray that you will give her mercy when she stands in front of you, as God gives us all mercy.

Shelly Martin

Your honor I understand that my second cousin Carrie little will be standing if front of you for sentencing soon and I can only imagine the difficulties of your job.

As Carrie was growing up she didn't have a easy life and iam sure she's made a lot of mistakes but in gods eyes we all make mistakes iam just praying that you give her another chance to be a great person in the community I have faith in her I believe in my heart she can be with another Chance.

I ain't been around her in years but I've always loved her and she's always loved me
as a son of god I have the faith and I ask the you show mercy on Carrie little
No one probably deserves mercy but iam asking for mercy for Carrie Little god bless you your honor

Andy martin

Your Honor my name is Shavon Henderson and I am a good friend of Carrie Little I have known Carrie for a very long time she is loving and caring she shows compassion and has a warm heart for everyone I dearly love her and pray for her daily. She has a lot of strengths and goals she wants to accomplish and I believe she is a better person going through her trials and tribulations has made her view life differently I believe she has learned from her mistakes and has changed for the better and persistence in positivity is her model in life now.

Sincerely

Shavon Henderson

YOUR HONOR.

I'M WRITING YOU THIS LETTER IN REGARDS TO CARRIE LITTLE

MY NAME IS CHRIS HARRIS, AND I AM CARRIE'S UNCLE, I'M WRITING THIS LETTER ABOUT CARRIE TO LET YOU KNOW THAT SHE HAS ALWAYS RESPECTED MY WIFE AND I HER WHOLE LIFE. WE HAVE NEVER HAD A ISSUE WITH HER,SHE GREW UP WITHOUT HER MOTHER AN FATHER BEING TOGETHER THRU SCHOOL, BUT HER MOTHER GAVE IT HER ALL TO RAISE HER AND HER SISTER.

HER FATHER DIDN'T HELP AT ALL, BUT SHE DONE HER BEST AFTER BEING RAISED AS FAR AS WE KNOW CARRIE HAS ALWAYS HAD A GOOD HOME OF HER OWN FOR HER AND HER CHILDREN. I,VE NEVER HEARD OF HER GETTING ANY UTILITIES TURNED OFF OR EVICTED FROM ANY HOME SHE'S EVER LIVED IN. I HEARD SHE HELPED ALOT OF HER FAMILY THRU HARD TIMES, SHE HAS A HEART OF GOLD. SHE TREATS PEOPLE WITH RESPECT, SHE HAS NEVER ASKED US FOR ANYTHING, BUT FOR A GIRL GROWING UP WITHOUT BOTH PARENTS BEING TOGETHER I SAY SHE DONE REAL GOOD. I THINK IF SHE HAD A LITTLE HELP FROM THE RIGHT PEOPLE, SHE COULD DO ALOT BETTER. SHE DIDN'T HAVE THE CHANCE GROWING UP, SO IF YOU COULD FIND IN YOUR HEART YOUR HONOR MAYBE YOU COULD FIND A WAY FOR SOMEONE TO GIVE HER THAT CHANCE. I GREW UP WITHOUT MY PARENTS TOO AND SOMEONE GAVE ME ONE AND I MADE IT, SO PLEASE GIVE HER ONE.

THANK YOU YOUR HONOR

CHRIS HARRIS

Page 1

To Whom it May Consern.

My Name is Uncle Kevin
Carrie Lynn's (Little) and Makalea
and Mathio's Uncle. Which I miss
all so very much! Carrus took
me in about 8 mos before this
major shock had came to us All
You see Judge I was more
or less living homeless and an
alcaholic. she took me to
bed did to help control my
addiction and in turn I wood
work on the house, cars, cleaning
some baby sitting. I was in
that home pretty much 24 hrs
a day and in which at
no time was anyone
abused or mistreaded in anyway
we ate good, celebrated Birthdays
holiday's Just good times.

②

I have all the girls
Since baby. Ive changed
There diapers. nickanamed
Makala (Breezy) you see
ur homes I'm now 52 yrs
old and have my own house
in Licking Mo. all because
of there help and Support.
all of Then has a huge
heart foll of hove and
Support. exsspecialy Carrie
she would go out of
way to help someone
even if she could not
alford it " Its going
to be impossable for Fmily
to be the Same. With out Hers
mot to mention For That
baby so young and not
understanding Whats Happening
pls send her Home sur
She is not what They are
Saying "

③

in closing I Shared a full
basement with my niece
Makala Benson. 2 bedroom
giant front room our pets.
at no time did she acted
luke she wonted to leave, trapped
hurt. her and I were close
growing up and 2 Just knew
I would have known and
would of stepped up. I
would luked to think I'm
a educated person with a
big protective heart.
other than again, abbusing
myself with addictions, and
Depression most of my life
Those girls and David Shreve
are my and I no
others are our Savious for
Showing Care, Love, Support
to be better. Thank you for
True. and I could
have written a book

So I Kept This E-mail Short. plz send her home, She can come my house, Im not a Ptedom, Filed 4 disability have a regular Therpist, Dr dont do drugs. Won't lie, still a beer on the Weekends (Football & Yardwork) did I mention I have a buitful 3 bedroon house all to myself, Serrounded be Family & Support

Thank you    Kevin Don Kelly

Your Honor,

Hello my name is David Shreve,
I am Carrie little's Fiance and Best Friend.
Carrie and I have been together since
august of 2016. Carrie, Makayla and I
have lived together since 2018
I am writing you today to respectfully
request your concideration For leniency
on Carrie's Case. Your Honor we have
a four year old Daughter together
that really needs her mom. Her name
is Madilynn and she loves her mommy
so much. Madi is Constantly asking
when Mommy will be home and I
tell her hopefully Soon, Mommy has
a little more work to do First.
It breaks my heart when Madi and I
are doing something together and out of
the blue Madi says I just Miss my mommy.
Its not the easiest thing to have to
talk about with her thats For sure.

I would like to tell you a few
things I think you should know.
One of the Main things that everyone
admires and loves about carrie
is How Great of a MoM she really
is. Carrie Always makes sure that
her Kids Keep a smile on there Faces
and Would do anything to Keep
them safe. I couldn't ask For
a better mom For my Daughter.
your Honor I Know there has been
many statements made by a couple
People stating some Bad things
about Carrie and claims of some
negative things carrie has supposedly
Done. Well I was there at home
with Makayla and Carrie 90% of the
time and iF Things Went on like
Makayla has said then she is
excellent at hiding things and never
came to me one time talking about
things she claims have happened.
I would never have aloud any thing
to go on that she has said went on

thankyou For taking the
time to read this letter. I Appreciate
it very much and I Hope you have
a blessed Day.

Sincerely
David Shr[...]

Your Honor,

My name is Randy Harris I am Carrie Little's Uncle And her mothers oldest brother. I was the one who introduced her mother to her Father. Several years later I trained her Father How to do Cable Television work. By that time I had a child on the way. We spent many years Living Together Both family's splitting the Rent & other expences.

Our Children grew up together for many years. We all adore & Care very much for Carria as well as the Rest. Carria is very much Loved by my family down to my grandson. She is a very caring person. She has a great Heart. Carrie as Always been there to Lend A Helping hand if need be or Just To be there for A shoulder to Lean on.

I pray you will Take this into consideration when Passing your Judgement.

Yours Truly

Randy Harris