UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:23-cr-00207-JAR |
| CARRIE LITTLE, | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF INTENT TO REQUEST BELOW-GUIDELINES SENTENCE</u>**

COMES NOW Defendant, Carrie Little, by and through undersigned counsel, and provides written notice of her intent to request a sentence at or below the low-end of the applicable sentencing guidelines in the above-styled case. The basis of this request is outlined in Defendant's Sentencing Memorandum.

Respectfully submitted,

/s/ *Joseph G. Whitener*
JOSEPH G. WHITENER, #65273MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 452-5221
jw@jwhitenerlaw.com

1

## **CERTIFICATE OF SERVICE**

Signature above is also certification that a true and correct copy of the above and foregoing document was electronically filed with the clerk of the court this 12th day of November, 2024, to be served by operation of the court's electronic filing system upon all counsel of record.