UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:23-cr-207 JAR ) ) |
| CARRIE LITTLE, | ) ) |
| Defendant. | ) ) |

## PERMISSION REQUESTED FOR VICTIM TESTIMONY

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and requests permission for victim testimony at the sentencing hearing of CARRIE LITTLE. The Government states as follows:

1. Defendant is scheduled for sentencing on November 26 @ 1:30pm.

2. The victim would like permission to be heard under Title 18, United States Code Section 3771. The victim requests 2 minutes to address the court.

WHEREFORE, the Government requests this Court grant approximately 2 minutes for victim impact testimony.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/sDianna R. Collins
Dianna R. Collins
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to Defense Counsel.

*/s/ Dianna R. Collins*
Dianna R. Collins, 59641MO
Assistant United States Attorney