UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CARRIE LITTLE, ) | No. 4:23-CR-207 JAR |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S SUGGESTED ADDITION TO THE PRESENTENCE REPORT

Comes Now the United States of America, by and through its undersigned attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney, and states the following:

Section 8 (f) of the parties plea agreement states:

The Court may impose a fine, restitution (in addition to any penalty authorized by law), costs of incarceration and costs of supervision. The defendant agrees that any fine or restitution imposed by the Court will be due and payable immediately. Pursuant to Title 18, United States Code, Sections 3663A and 2259, an order of restitution is mandatory for all crimes listed in Sections 3663A(c) and 2259. Regardless of the Count of conviction, the amount of mandatory restitution imposed shall include all amounts allowed by Sections 3663A(b) and 2259 and the amount of loss agreed to by the parties, including all relevant conduct loss. The defendant agrees to provide full restitution to all victims of all charges in the indictment without regard to the count or counts to which the defendant has agreed to plead guilty. Under Section 2259(c)(3), the minimum amount of restitution per victim for each count of conviction is $3000 for crimes occurring on and after December 7, 2018.

The presentence report does not list victims from the relevant conduct and the dismissed counts in the Indictment. The existence of these unlisted victims is not new information to the defendant as these unlisted victims provided statements to law enforcement agents which was previously produced to the defendant. Additionally, these unlisted victims were ready and

willing to testify had this matter proceeded to trial. Three of these victims are expected to be present at the time of sentencing.

The government maintains the following victims, due to relevant conduct and conduct from the dismissed counts of the Indictment, should be considered as victims in this matter.

ADDITIONAL Victims to be Included:

1. B.M.
2. L.H.
3. L.H.(2)
4. K.S.

        Respectfully submitted,

        SAYLER FLEMING
        United States Attorney


         */s/  Dianna R. Collins*
        DIANNA R. COLLINS, 59641Mo
        Assistant United States Attorney
        111 S. Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            /s/   *Dianna R. Collins*
                                            DIANNA R. COLLINS, #56961MO
                                            Assistant United States Attorney