To The Honorable Judge,

My name is Jason Ingram, and I am a Road Construction Superintendent for Missouri Petroleum and have worked there for 30 years. I have known Carrie Little for 29 years. She is the sister to my wife of 29 years and has always been a sister in-law you could count on. She was instrumental in our relationship starting and growing to where it is today.

I'm writing this letter to tell you a little about her and the good person I believe she is. Carrie had a rough childhood by any means, but if she was with me now, she wouldn't complain or say she would change a thing, because it made her who she is today and she's proud of that and where she came from.

Everyone Carrie's around loves her fun outlook on life and wants that to be a part of theirs. When she walks in a room at a family function (or anywhere) she always made sure everyone knew she was there and went out of her way to not only say hi but to make them laugh and have a good time. That's just how she was and always will be. Everyone would always ask "When's Carrie going to be here"  if she was running late because without a doubt she was the life of the function whatever it was.

She was a great mom to her kids and always will be no mater the situation, her heart was always to help them better themselves and her desire was for them to have a better life than she did. At an early age she firmly installed the difference between right and wrong and that the choices they made was theirs alone and not to blame other kids or people. She still has young kids that need her life experiences to this day and I know that she wants nothing more but to get back to being the best mom for them that she can possibly be.

To say Carrie doesn't know a stranger wouldn't do it justice for her love of helping people out in need. If anyone was struggling with life she would listen. If they needed a roof over their head, her house was always available. She made sure no one was ever hungry at her house. If Carrie had money to spend, everyone had something they needed, she would make sure of that and found peace and joy with giving to those in need. She would spend her last dollar on someone else, rather than herself.

As a superintendent of a crew of 40+ people I would hire Carrie in a heartbeat because her character is one that works for people and makes them strive to do better. She would be an asset to any crew my size and when given the opportunity I believe she will be an asset to her family, friends, kids and community again.

My hope is this letter can go in some way to help Carrie Little and get her back to her kids and family and the life she loves.


*Regards,*

Jason Ingram